**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

JERRY T. REINER, JR.                                                                                   PLAINTIFF

V.                                        2:08CV00169 SWW

JOHN COLLIER, Jail Administrator, Cross County Jail                         DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss (docket entry # 14) is GRANTED and Plaintiff's Complaint is DISMISSED with prejudice.

DATED this 3rd day of March, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE